USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

JUAN ORTEGA, ~~Individually, and On Behalf of All Others Similarly Situated~~,

　　　　　　　　　Plaintiff,

vs.

COBRA GOLF INCORPORATED,

　　　　　　　　　Defendant.

-----------------------------------------x

Case No.: 1:22-cv-02151-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Juan Ortega hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Cobra Golf Incorporated

DATED:  June 2, 2022

**MIZRAHI KROUB LLP**

　　　　　　　/s/ Edward Y. Kroub
　　　　　　　EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

This case is hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: June 3, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE